IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PAMELA JO POLEJEWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>CASCADE COUNTY OFFICIALS,<br>JOHN AND JANE DOE,<br><br>Defendants. | CV 21-120-GF-BMM-JTJ<br><br>FINDINGS AND<br>RECOMMENDATIONS |

Plaintiff Pamela Jo Polejewski (Polejewski) commenced this action in the Montana Eighth Judicial District Court, Cascade County. Polejewski filed a Notice of Removal on December 6, 2021, seeking to remove the action to federal court. (Doc. 2).

The right to remove a case that has been filed in state court to federal court is governed by the federal removal statute, 28 U.S.C. § 1441. Section 1441(a) allows defendants to remove a case originally filed in state court when the case presents a federal question or is between citizens of different states and involves an amount in controversy that exceeds $75,000. See 28 U.S.C. §§ 1441(a), (b); see also 28 U.S.C. §§ 1331, 1332(a). The right to remove a state court case to federal court is limited to defendants. *American International Underwriters (Philippines), Inc. v. Continental Insurance Company*, 843 F.2d 1253, 1260 (9th

Cir. 1988). A plaintiff who chooses to initiate an action in state court cannot later remove the action to federal court. *Id.*; *Coryell v. Oakley*, 2018 WL 805663, *2 (E.D. Cal. Feb. 9, 2018). Polejewski's removal of this state court action was improper.

Accordingly, IT IS RECOMMENDED:

This action should be REMANDED to the Montana Eighth Judicial District Court, Cascade County for further proceedings.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district judge.

DATED this 7th day of December, 2021.

John Johnston
United States Magistrate Judge

2